IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAKIL AHMED and<br>BADAR SHAKIL | : | CASE NO. 02-CV-4623 |
| Plaintiffs, | : | |
| v. | : | |
| HORTON, INC. | : | |
| and | : | |
| DIANA MANUFACTURING, INC. | : | |
| Defendants | : | |

## ORDER

AND NOW, this _____ day of _____, 2002, upon consideration of Defendant, Horton, Inc.'s Motion to Compel Responses to its Interrogatories Sets I and II and Request For Production of Documents and all responses thereto, it is hereby ORDERED and DECREED that the Motion is GRANTED.  Plaintiffs will provide substantive responses to said discovery within twenty (20) days of the date of this Order.

BY THE COURT,

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAKIL AHMED and<br>BADAR SHAKIL<br>      Plaintiffs, | :<br>:<br>:<br>: | CASE NO. 02-CV-4623 |
| v. | : | |
| HORTON, INC. | :<br>: | |
| and | :<br>: | |
| DIANA MANUFACTURING, INC. | :<br>: | |
|       Defendants | : | |

**DEFENDANT, HORTON, INC.'S MOTION TO COMPEL
RESPONSES TO INTERROGATORIES AND
REQUEST FOR PRODUCTION OF DOCUMENTS**

1. On July 1, 2002, plaintiffs filed a Complaint in the Court of Common Pleas of Montgomery County, Trial Division. The case is a products liability suit which seeks recovery of money damages for injuries sustained by the plaintiff, Shakil Ahmed, when he caught his right, middle and ring fingers in a feminine napkin making machine.

2. On or about July 11, 2002, defendant, Horton, Inc. removed this matter to the United States District Court for the Eastern District of Pennsylvania.

3. On or about August 19, 2002 defendant served plaintiffs' attorney an original and one copy of its Interrogatories Sets I and II, as well as a Request For Production of Documents. (A copy of the cover letter is attached hereto as Exhibit "A.")

4. Thirty days have elapsed since service of the Interrogatories and Request For Production and no answers or objections have been received.

WHEREFORE, defendant, Horton, Inc. requests the Court enter the attached Order.

                            **LAVIN, COLEMAN, O'NEIL, RICCI, FINARELLI & GRAY**

                            By:_____

                                Basil A. DiSipio, Esquire, I.D. #28212
                                Stephen E. Moore, Esquire, I.D. #55790
                                Attorneys for Defendant,
                                Horton, Inc.

Dated:  <u>October 21, 2002</u>

## CERTIFICATE OF SERVICE

I, Stephen E. Moore, Esquire, hereby certify that I served a true and correct copy of **DEFENDANT'S MOTION TO COMPEL DISCOVERY** via regular mail on October 21, 2002 to:

>Frank P. Murphy, Esquire
>Murphy, Woodward & Haskins
>43 East Marshall Street
>Norristown, PA 19401
>Attorney for Plaintiffs

**LAVIN, COLEMAN, O'NEIL, RICCI FINARELLI & GRAY**

_____
Basil A. DiSipio, Esquire, I.D. #28212
Stephen E. Moore, Esquire, I.D. #55790
Attorneys for Defendant,
Horton, Inc.

Dated: October 21, 2002