IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAKIL AHMED and<br>BADAR SHAKIL | : | CASE NO. 02-CV-4623 |
| Plaintiffs, | : | |
| v. | : | |
| HORTON, INC. | : | |
| and | : | |
| DIANA MANUFACTURING, INC. | : | |
| Defendants | : | |

**PRAECIPE TO WITHDRAW
DEFENDANT, HORTON, INC.'S MOTION TO COMPEL**

TO THE CLERK OF THE COURT:

Kindly withdraw defendant, Horton, Inc.'s Motion to Compel Plaintiffs' Responses to Horton's Interrogatories, Sets I and II, and Request for Production of Documents.

LAVIN, COLEMAN, O'NEIL, RICCI, FINARELLI & GRAY

By:_____
    Basil A. DiSipio, Esquire, I.D. #28212
    Stephen E. Moore, Esquire, I.D. #55790
    Attorneys for Defendant,
    Horton, Inc.

Dated: October 28, 2002

## CERTIFICATE OF SERVICE

    I, Stephen E. Moore, Esquire, hereby certify that I served a true and correct copy of **PRAECIPE TO WITHDRAW DEFENDANT'S MOTION TO COMPEL DISCOVERY** via regular mail on October 28, 2002 to:

Frank P. Murphy, Esquire
Murphy, Woodward & Haskins
43 East Marshall Street
Norristown, PA 19401
Attorney for Plaintiffs

**LAVIN, COLEMAN, O'NEIL, RICCI FINARELLI & GRAY**

_____
Basil A. DiSipio, Esquire, I.D. #28212
Stephen E. Moore, Esquire, I.D. #55790
Attorneys for Defendant,
Horton, Inc.

Dated: <u>October 28, 2002</u>

**643568**